UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ZACHARY CHERNIK,** individually and on behalf of a class of similarly situated individuals,<br><br>**PLAINTIFF**,<br><br>v.<br><br>**CHAMPION PETFOODS USA INC.** and **CHAMPION PETFOODS LP**,<br><br>**DEFENDANTS**. | Case No. 1:18-cv-04347<br><br>Honorable Virginia M. Kendall<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Zachary Chernik ("Plaintiff"), and Defendants Champion Petfoods USA Inc. and Champion Petfoods LP ("Defendants," collectively with Plaintiff, the "Parties"), through their respective counsel of record, submit this stipulation and proposed order.

WHEREAS, the Parties have agreed to dismiss this action without prejudice as to the named Plaintiff,

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to the Court's approval, that:

The above-captioned action shall be dismissed *without prejudice* as to the named Plaintiff with each party to bear their own costs.

Dated: February 1, 2021　　　　　　　　　　Jointly submitted by:

GREENBERG TRAURIG P.A.　　　　　　　　LOCKRIDGE GRINDAL NAUEN P.L.L.P.

*/s/ David A. Coulson*　　　　　　　　　　　　/s/ Rebecca A. Peterson
David A. Coulson (ARDC #6199911)　　　　ROBERT K. SHELQUIST, *Pro Hac Vice*
333 S.E. 2nd Avenue, Suite 4400　　　　　　REBECCA A. PETERSON, *Pro Hac Vice*
Miami, Florida 33131　　　　　　　　　　　100 Washington Avenue South, Suite 2200
Telephone: (305) 579-0754　　　　　　　　　Minneapolis, MN 55401
Facsimile: (305) 579-0717　　　　　　　　　Telephone: (612) 339-6900
E-mail: coulsond@gtlaw.com　　　　　　　　Facsimile: (612) 339-0981
　　　　　　　　　　　　　　　　　　　　　E-mail: rapeterson@locklaw.com
Francis A. Citera (ARDC # 6185263)　　　　　　　　　　rkshelquist@locklaw.com
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 3100　　　　　WEXLER WALLACE LLP
Chicago, IL 60601　　　　　　　　　　　　KENNETH WEXLER
Tel: (312) 456-8400　　　　　　　　　　　 UMAR SATTAR
Fax: (312) 456-8435　　　　　　　　　　　 MICHELLE PERKOVIC
citeraf@gtlaw.com　　　　　　　　　　　　55 West Monroe Street, Suite 3300
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　　　　Tel: (312) 346-2222
*Attorneys for Defendants*　　　　　　　　　Fax: (312) 346-0022
*Champion Petfoods USA Inc. and*　　　　　E-mail: kaw@wexlerwallace.com
*Champion Petfoods LP*
　　　　　　　　　　　　　　　　　　　　　　　　　us@wexlerwallace.com
　　　　　　　　　　　　　　　　　　　　　　　　　mp@wexlerwallace.com

　　　　　　　　　　　　　　　　　　　　　WEXLER WALLACE LLP
　　　　　　　　　　　　　　　　　　　　　MARK TAMBLYN
　　　　　　　　　　　　　　　　　　　　　333 University Avenue, Suite 200
　　　　　　　　　　　　　　　　　　　　　Sacramento, CA 95825
　　　　　　　　　　　　　　　　　　　　　Tel: (916) 565-7692
　　　　　　　　　　　　　　　　　　　　　Email: mjt@wexlerwallace.com

　　　　　　　　　　　　　　　　　　　　　ROBBINS LLP
　　　　　　　　　　　　　　　　　　　　　KEVIN A. SEELY (199982)
　　　　　　　　　　　　　　　　　　　　　5040 Shoreham Place
　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92122
　　　　　　　　　　　　　　　　　　　　　Telephone: (619) 525-3990
　　　　　　　　　　　　　　　　　　　　　Facsimile: (619) 525-3991
　　　　　　　　　　　　　　　　　　　　　E-mail: kseely@robbinsllp.com

GUSTAFSON GLUEK, PLLC
DANIEL E. GUSTAFSON, *Pro Hac Vice*
KARLA M. GLUEK
RAINA C. BORRELLI, *Pro Hac Vice*
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
rborrelli@gustafsongluek.com

CUNEO GILBERT & LADUCA, LLP
CHARLES J. LADUCA
KATHERINE VAN DYCK
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
Telephone: 202-789-3960
Facsimile: 202-789-1813
E-mail: kvandyck@cuneolaw.com
charles@cuneolaw.com

LITE DEPALMA GREENBERG, LLC
JOSEPH J. DEPALMA
SUSANA CRUZ HODGE
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
scruzhodge@litedepalma.com

ANDREWS DEVALERIO LLP
GLEN DEVALERIO
DARYL ANDREWS
265 Franklin Street, Suite 1702
Boston, MA 02110
Telephone: (617) 936-2796
E-mail: glen@andrewsdevalerio.com
daryl@andrewsdevalerio.com

POMERANTZ LLP
GUSTAVO F. BRUCKNER
SAMUEL J. ADAMS
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
E-mail: gfbruckner@pomlaw.com
        sjadams@pomlaw.com

LITE DEPALMA GREENBERG, LLC
KATRINA CARROLL
KYLE A. SHAMBERG
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
E-mail: kcarroll@litedepalma.com
       kshamberg@litedepalma.com

*Attorneys for Plaintiff*