# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Zachary Chernik, et al.

                                                       Plaintiff,

v.                                                                                Case No.: 1:18−cv−04347
                                                                               Honorable Virginia M. Kendall

Champion Petfoods USA, Inc., et al.

                                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 3, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall. Case shall be dismissed without prejudice as to Plaintiff Zachary Chernik pursuant Federal Rule of Federal Procedure 41(a)(1)(A)(ii) and Stipulation of Voluntary Dismissal [81]. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.